TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
STEPHEN CHANG (Cal. Bar No. 312580)
LLOYD MASSON (Cal. Bar. No. 270182)
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-7280/0282
Facsimile: (213) 894-0141
E-mail: stephen.chang@usdoj.gov
Lloyd.masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARSHPREET SINGH,
VIKRAMJEET SINGH,

Defendants.

Case No: 2:25-cr-804-AH

FIRST AMENDED JOINT STATEMENT OF CASE

Trial Date: September 21, 2026
Trial Time: 8:30 a.m.
Location: Courtroom of the Hon. Anne Hwang

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Stephen Chang, and Lloyd Masson, and defendants Arshpreet Singh and Vikramjeet Singh, by and through their counsels of record, David R. Reed and Carlos L. Juarez, , submit the following First Amended Joint Statement of the Case to be read to the Jury in this matter.

/ / /

The parties respectfully request the opportunity to make modifications to this joint statement if necessary.

Dated: September 16, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/

STEPHEN CHANG
LLOYD MASSON
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 16, 2026

/s/

DAVID R. REED
Attorney for Defendant
ARSHPREET SINGH

Dated: September 16, 2026

/s/

CARLOS L. JUAREZ
Attorney for Defendant
VIKRAMJEET SINGH

**JOINT STATEMENT OF THE CASE**

This is a criminal case brought by the United States charging defendants Arshpreet Singh and Vikramjeet Singh with conspiracy to commit wire fraud and conspiracy to commit theft from interstate or foreign shipments.

The government alleges that the defendants and other co-conspirators entered into agreements whereby they would purchase or otherwise pretend to own trucking carrier companies. Defendants would then rent tractor trailers and enroll the carrier with freight brokers for the transportation of cargo. The defendants would then receive the cargo but never deliver it to its intended recipients.

All defendants have pled not guilty to all charges and deny the allegations.