TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
STEPHEN CHANG (Cal. Bar No. 312580)
LLOYD MASSON (Cal. Bar. No. 270182)
Assistant United States Attorneys
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-7280/0282
Facsimile: (213) 894-0141
E-mail: stephen.chang@usdoj.gov
Lloyd.masson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARSHPREET SINGH,<br>Defendant. | Case No: 2:25-cr-804-AH<br><br><u>UNITED STATES' FIRST AMENDED EXHIBIT LIST</u><br><br>Trial Date: September 21, 2026<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Anne Hwang |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Stephen Chang and Lloyd Masson, files the United States' First Amended Exhibit List.

The United States respectfully requests leave of the Court to supplement or modify this list, including by adding or removing certain exhibits, as may be appropriate.

Dated: September 16, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/

STEPHEN CHANG
LLOYD MASSON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Ex. # | Description | Date Identified | Date Admitted | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| **I. OA 1, 2, and 3 – Bhangoo Trailer Rentals** | | | | |
| 1 | 5/25/2024 and 6/22/2024 Trailer Rental SS Bross, USAO_00015629 | | | |
| 2 | Jay Bhangoo Text Messages with Narayan Singh, USAO_00015601 | | | |
| 3 | 5/27/2024 and 5/28/2024 Trailer Rental Agreements, USAO_00015613 | | | |
| 4 | Main Guy - Narayan Older Brother Text Message, USAO_00015576 | | | |
| 5 | AT&T Subscriber Records, 902(11) Certificate for File Number 4280665, USAO_00089777 | Stip. | Stip. | |
| 6 | AT&T Subscriber Records, Subscriber and IP Usage 162.233.245.115, USAO_00089771 | Stip. | Stip. | |
| 7 | Jay Bhangoo Zelle Records, Wells Fargo, June 30, 2024 | | | |

| | | | | |
|---|---|---|---|---|
| | Showing 6/11 Zelle from Arshpreet Singh, Highlighted | | | |
| 8 | Verizon– Data Usage and IP Addresses for 209-400-4916 re: IP 174.236.99.213, USAO_00408914 | Stip. | Stip. | |
| 9 | Verizon 902(11) Certification of Records R 24 11588, USAO_00408900 | Stip. | Stip. | |
| 10 | Jay Bhangoo Email to E. Banuelos, USAO_00015517** | | | |
| 11 | FBI Serial 15-LA-3612621-ARSHPREET_NARAYAN_JM – Jay Bhangoo Interview Summary,**[1] USAO_00416072 | | | |
| 12 | Google Billing Information, ashugrewal777@gmail.com, USAO_00394984 | Stip. | Stip. | |
| 13 | Google Certification of Records, USAO_00394885 | Stip. | Stip. | |
| 14 | Google Subscriber Information ashugrewal777@gmail.com, USAO_00394902 | Stip. | Stip. | |

[1] Documents marked with ** will only for refreshing recollection and/or will only be used if necessary.

| | | | | |
|---|---|---|---|---|
| 15 | BMO Bank Record Excerpt , with redaction, USAO_00046269 | Stip. | Stip. | |
| 16 | BMO Certificate of Records, USAO_00046261 | Stip. | Stip. | |
| 17 | BMO Zelle Transaction Report, USAO_00046801 | Stip. | Stip. | |
| 18 | BMO Arshpreet Singh Bank Record with redaction, USAO_00046269 | Stip. | Stip. | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| **OA 4 – Seven Tower Rentals Inc. Trailer Rental** | | | | |
| 24 | 7 Tower Rentals, Inc. Trailer Rental Agreement, USAO_00015378 | | | |
| 25 | Photograph Taken of Arshpreet Singh and Narayan Singh at Fontana PD, USAO__00015332 | | | |
| 26 | PNC Bank Check from Malwa Transport LLC to Seventh | | | |

| | | | | |
|---|---|---|---|---|
| | Towers Rental, USAO_00015333 | | | |
| 27 | Chase Bank Checks from Rover Trucking LLC to Seventh Towers Rental, Uncashed, USAO_00015334 | | | |
| 28 | Trip History Report #536651, USAO_00015467 | | | |
| 29 | Trip History Report #916, USAO_00015471 | | | |
| 30 | Trip History Report #7611, USAO_00015469 | | | |
| 31 | Vehicle report VIN0714, USAO_00015477 | | | |
| 32 | Rover Trucking Check and Handwritten Notes re: 12 trailers, ashugrewal777@gmail.com, USAO_00015457 | | | |
| 33 | Notice of Stored Vehicle 22852 CVC, V00196-616-24, USAO_00015450 | | | |
| 34 | Dilpreet Singh Drivers Lic, Phone # and COI, USAO_00015336 | | | |

| | | | | |
|---|---|---|---|---|
| 35 | Ismail De La Torre FBI Interview Summary**, USAO_00015386 | | | |
| 36 | 7 Towers Rental Letter to Malwa Transport and Z&F Transportation re: Payment Issue for Rover Trucking, USAO_00015111 - 12 | | | |
| 37 | duplicate | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |
| 41 | | | | |
| 42 | | | | |
| **II. OA 5 - NAS Trucking in Grand Prairie, Texas** | | | | |
| 43 | Surveillance Video Exterior, Clipped USAO_00423062, First Communication (Sept. 27th 2024) - Made with Clipchamp.mp4 | | | |
| 44 | Still Photo of Arshpreet and N singh at NAS outside USAO_00015665 | | | |

| | | | | |
|---|---|---|---|---|
| 45 | Still Photo of Vikram S. at NAS USAO_00015666 | | | |
| 46 | Still photo of B. Singh inside NAS USAO_00015667 | | | |
| 47 | Rental Agreement with Vicki Koshal USAO_00015642 | | | |
| 48 | Rental Agreement with “Alfaro” USAO_00015676 | | | |
| 49 | NAS Trailer Rental Documents, USAO_00015650 | | | |
| 50 | Certificate of Liability Insurance Listing all 7 trailers. USAO_0015648 | | | |
| 51 | Surveillance Clips Interior, USAO_00423061, D4_S20240928163050_E20240928172932 (1).mp4 | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| **III. Z&F Transportation** | | | | |
| 56 | Z&F Ownership Change Agreement, USAO_00015106 | | | |

| | | | | |
|---|---|---|---|---|
| 57 | Arshpreet Singh Driver License, New York State, USAO_0015107 | | | |
| 58 | Toofan Singh, Indiana Identification Card, USAO_00015109 | | | |
| 59 | Toofan Singh, Social Security Card, USAO_00015110 | | | |
| 60 | Z&F Transportation LLC Uber Freight Investigation Report, USAO_00000503 | Stip. | Stip. | |
| 61 | BMO Bank Record Denton, USAO_00046646 | | | |
| 62 | Buying Company Screenshot from Kamal Khan to Uber, USAO_00414663 - | | | |
| 63 | Google Maps Screenshot of Hilton Garden Grille & Bar at Hilton Garden Inn, Denton Texas | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |

| IV. OA 7 - March 27, 2024 – LG Electronics | | | | |
|---|---|---|---|---|
| 69 | Narayan Singh Six-Pack Photo Line-Up, USAO_00000922 | | | |
| 70 | Photo of N. Singh with Trailer license 4DS2415, Trailer Serial No. 5340, USAO_00000921 | | | |
| 71 | LG GPS hits, USAO_00000920 | | | |
| 72 | Front of Truck, License Plate 7ADH897, USAO_00000919 | | | |
| 73 | Photograph of Truck listing ZSF Transportation LLC USDOT 3267452 MC 1030953, USAO_00000940 | | | |
| 74 | Narayan Singh Bill of Lading Dated March 27, 2024 and Interim Commercial Drivers License, USAO_00000918 | | | |
| 75 | Incident Report 14852807 – Load Recovery, Reported by Steven L. Lowenstein, USAO_00000924 | | | |
| 76 | [intentionaly left blank] | | | |
| 77 | [intentionally left blank] | | | |
| 78 | Driver Checklist, USAO_01738754 | | | |

| | | | | |
|---|---|---|---|---|
| 79 | N. Singh Interim License, USAO_01738755 | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| **V. OA 8 – Vernon, CA - March 28, 2024** | | | | |
| 83 | [intentionally left blank] | | | |
| 84 | Uber Freight Report, No. 2023-UF-12 | | | |
| 85 | Emails from Yonah Gottesman to Bill McDermott, USAO_00414619 | | | |
| 86 | Commercial Invoice for UF-1471321175, USAO_00414861 | | | |
| 87 | ROI of Interview with Yonah Gottesman by FI McDermott, USAO_00414432 | | | |
| 88 | Emails with Yonah Gottersman with Drop Address in Rialto and Photos, USAO_0041448 | | | |
| 89 | Emails with Yonah Gottersman and William McDermott re: Phone Number, USAO_00414476 | | | |

| | | | | |
|---|---|---|---|---|
| 90 | Whatsapp Messages Yonah Gottesman and 929-498-3036, USAO_00414669 | | | |
| 91 | Uber Freight ROI Z&F Transportation LLC ROI for Telephone Number 929-498-3036, USAO_00414891 | | | |
| 92 | Emails with Kamal Khan and Bill McDermott, April 6, 2024 | | | |
| 93 | Uber IP list, USAO_01738875 [Withdrawn] | | | |
| 94 | Uber Rate Confirmation, USAO_00414873 | | | |
| 95 | Photo of Electronics, USAO_00414646 | | | |
| 96 | Email from Y. Gottesman re: Uber Freight Carrier Assigned, USAO_01738883 | | | |
| 97 | Email from Y. Gottesman, USAO_01738886 | | | |
| 98 | Uber IP Certificate of Records, USAO_01739207 | Stip. | Stip. | |
| 99 | Uber IP List Docusigned, USAO_01739208 | Stip. | Stip. | |
| 100 | | | | |
| 101 | | | | |

| | | | | |
|---|---|---|---|---|
| 102 | | | | |
| 103 | | | | |
| **VI. OA 10 – Sohnen Enterprises- Santa Fe Springs , May 1, 2024 - Vacuums** | | | | |
| 104 | Bill of Lading for 5/1/2024 Load, USAO_00001382 | | | |
| 105 | CarrierConfirmation#34799_(1), USAO_00001384 | | | |
| 106 | Photograph of Product, USAO_00001370 | | | |
| 107 | Picture of Seal, USAO_00001371 | | | |
| 108 | Photo of Truck, USAO_00001372 | | | |
| 108A | | | | |
| 108B | | | | |
| 108C | | | | |
| 108D | | | | |
| 108E | | | | |

| | | | | |
|---|---|---|---|---|
| **VII. OA 11 – Sohnen Enterprises- Santa Fe Springs , May 2, 2024- Cookers and Vacuums** | | | | |
| 109 | BOL Contents Inside From May 2- Sohnen/Beach Camera USAO_0001445 | | | |
| 110 | BOL Signed by Narayan USAO_00001446 | | | |
| 111 | BOL With Destination USAO_00001447 | | | |
| 112 | Photo of load in trailer.png with plate 4PY1129 USAO_00001449 | | | |
| 113 | | | | |
| 114 | | | | |
| 115 | | | | |
| 116 | | | | |
| 117 | | | | |
| **VIII. OA 12 – Grills and Fryers -Salem Express Trucking, May 2, 2024** | | | | |
| 118 | Photo of Beach Camera load in trailer USAO_00001521 | | | |
| 119 | [Intentionally left blank] | | | |
| 120 | Load form from Czechmate logistics USAO_0001534 | | | |

| | | | | |
|---|---|---|---|---|
| 121 | Bol signed by ’Omni Randeep’ USAO_00001545 | | | |
| 122 | Id of ‘Omni Randeep” USAO_00001509, 1518 | | | |
| 123 | Id of Narayan USAO_0001421,1429 | | | |
| 124 | Photo of Trailer Carrying Load USAO_001430 | | | |
| 125 | | | | |
| 126 | | | | |
| 127 | | | | |
| **IX. Skyways Trucking Sale** | | | | |
| 128 | Video of Bhangoo Trailer w/ Plate 4UA2448, USAO_00015083 | | | |
| 129 | Video of Bhangoo Trailer w/ Plate 4UP9127, USAO_00015084 | | | |
| 130 | Video of Bhangoo Trailer w/ Plate 4UE9983, USAO_00015085 | | | |
| 131 | FBI Interview Summary Faisal Mahmood,** USAO_00015031 | | | |

| | | | | |
|---|---|---|---|---|
| 132 | Emails from Jacob King, Logistics Xpress to Faisal Mahmood, USAO_00015032 [Withdrawn] | | | |
| 133 | Pictures of Astroenergy Truck Load with Tractor Plate ZP24065, Trailer Plate 4UK7902, USAO_00015046 | | | |
| 134 | Emails with Evan Weiss Jones Motor Mail and Skytruckstruckline@gmail.com, USAO_00015051 [Withdrawn] | | | |
| 135 | Email with Jay Bhangoo re: Videos and Trailer Rental Agreements, June 5, 2024, USAO_00015055 | | | |
| 136 | [intentionally left blank] | | | |
| 137 | Uber Freight Report of Investigation for Skyways, Associated with Z&F and Salem Express and Sure Dispatch Service LLC, USAO_00002819** | | | |

| | | | | |
|---|---|---|---|---|
| 138 | May 2019 Carrier Packet for Skyways – Uber Freight, USAO_00003130 | | | |
| 139 | Summary on Board for Uber Freight Skyways, USAO_00002821 | | | |
| 140 | | | | |
| 141 | | | | |
| 142 | | | | |
| 143 | | | | |
| 144 | | | | |
| **X. OA 16 – May 28, 2024 – Fontana, CA – LG** | | | | |
| 145 | [intentionally left blank] | | | |
| 146 | Himmat Washington CDL ID, USAO_00002679 | | | |
| 147 | Six-Pack Photo Line-Up, USAO_00002797 | | | |
| 148 | [removed as duplicate of 137] | | | |
| 149 | Uber Freight Call - Call1-91feeb22-7b37-4f01-96a6-e815ac9ad050.MP3,** USAO_00002826 | | | |

| | | | | |
|---|---|---|---|---|
| 150 | Uber Freight Rate Confirmation Load 9894386050, USAO_00002827 | | | |
| 151 | Uber Email with Skyways re timing, USAO_00002869 - | | | |
| 152 | Uber Email with Skyways re Driver Information.pdf, USAO_00002872 - | | | |
| 153 | LG Bill of Lading, USAO_00002898 | | | |
| 154 | Trailer and Plate Photo, USAO_00002899 | | | |
| 155 | Google Map - 5885 Sierra Avenue, Fontana, CA** | | | |
| 156 | Trailer Entry Photograph, USAO_00002768 | | | |
| 157 | Driver Checklist, USAO_00002769 | | | |
| 158 | LG Powerpoint May 28 2024, USAO_01738756 | | | |
| 159 | | | | |
| 160 | | | | |
| 161 | | | | |
| 162 | | | | |
| **XI. OA 18 – Skyways – May 29, 2024, Fontana, CA – LG** | | | | |

| | | | | |
|---|---|---|---|---|
| 163 | 5.29.2024 Uber Freight Call, USAO_00003124 | | | |
| 164 | Uber Freight Rate Confirmation 5.29.2024 2040667268 Skyways, USAO_00003148 | | | |
| 165 | Uber Email with Skyways Email with Header, USAO_00415004 | | | |
| 166 | Himmat Singh Khalsa License, USAO_00003162 | | | |
| 167 | Image of Skyways Truck and Trailer, UF-2040667268, USAO_00003163 | | | |
| 168 | Screenshot of Message re: Narayan Singh Denial, USAO_00003164 | | | |
| 169 | 2024-UF-24 – Skyways Truckline Law Enforcement Referral Report Uber Freight, USAO_00002803** | | | |
| 170 | | | | |
| 171 | | | | |
| 172 | | | | |
| 173 | | | | |

| | | | | |
|---|---|---|---|---|
| 174 | | | | |
| **XII. OA 19 and 20 – May 29, 2024 and May 30, 2024 – HiSense TVs in Perris, CA** | | | | |
| 175 | HiSense Bill of Lading and Other Documents, USAO_00003165 | | | |
| 176 | Photo of HiSense TVs Loaded on Truck, USAO_00003183 | | | |
| 177 | [Intentionally Left Blank] | | | |
| 178 | [Intentionally Left Blank] | | | |
| 179 | Truck Screenshots, USAO_01738744 – 46 | | | |
| 180 | Truck Check-in Video USAO_01738747 | | | |
| 181 | Truck Check in Video, USAO_01738749 | | | |
| 182 | Google Map - 251 E Rider St, Perris, CA** | | | |
| 183 | | | | |
| 184 | | | | |
| **XIII. OA 22 – May 31, 2024, Fontana, CA – Hankook Tires** | | | | |
| 185 | Magellan Transportation Route Confirmation and Email, USAO_00003236 | | | |

| | | | | |
|---|---|---|---|---|
| 186 | Hankook Tire Count Sheet, USAO_00003260 | | | |
| 187 | [intentionally left blank] | | | |
| 188 | Google Map – 10825 Production Ave, Fontana, CA | | | |
| 189 | | | | |
| 190 | | | | |
| 191 | | | | |
| 192 | | | | |
| 193 | | | | |
| **XIV. OA 24 – June 3, 2024 Long Beach, California – Solar Panels** | | | | |
| 194 | June 3, 2024 Pick-Up Paperwork and Photographs from Kair Harbor Express LLC, USAO_00003361 | | | |
| 195 | [intentionally left blank] | | | |
| 196 | [intentionally left blank] | | | |
| 197 | [Intentionally left blank] | | | |
| 198 | Google Map – 2711 E. Dominguez St, Long Beach, CA** | | | |
| 199 | | | | |

| | | | | |
|---|---|---|---|---|
| 200 | | | | |
| 201 | | | | |
| 202 | | | | |
| 203 | | | | |
| **XV. OA 26 - JULY 3, 2024- Compton TPG Transport LLC – Cell Phone Accessories** | | | | |
| 204 | Photos of TPG tractor and trailer at check in and check out USAO_0003442 | | | |
| 205 | Photo of Vikramjeet CDL at Check In- Compton USAO_0003435 | | | |
| 206 | Bill of Lading Signed USAO_0003436 | | | |
| 207 | Pickup Log USAO-0003437 | | | |
| 208 | LASO Value of Cellphone Accessories USAO_0003465 | | | |
| 209 | [intentionally left blank] | | | |
| 210 | | | | |
| 211 | | | | |
| 212 | | | | |
| 213 | | | | |

| | | | | |
|---|---|---|---|---|
| 214 | | | | |
| | | | | |
| | | | | |
| | | | | |
| **XVI. OA 27 – July 7, 2024- Signal Hill –Cruise Line Property, Signal Hill, CA** | | | | |
| 215 | Bill's of Lading, Check in Documents and Photos of TPG Truck and Trailer from pickup USAO_0003646 | | | |
| 216 | Photo of Narayan CDL from check in. USAO_003671 | | | |
| 217 | Cost of Lost Items Totals USAO_0003550 | | | |
| 218 | Photo of TPG side of truck at pickup USAO_00003673 | | | |
| 219 | Photo of license plate of tractor TPG at pickup USAO_00003674 | | | |
| 220 | Photo of materials loaded in trailer w plate USAO_00003675 | | | |
| 221 | | | | |
| 222 | | | | |
| 223 | | | | |

| | | | | |
|---|---|---|---|---|
| 224 | | | | |
| 225 | | | | |
| **XVII. OA 30, July 9, 2024, Fontana, CA - Tires** | | | | |
| 226 | Bill Of Lading USAO_00003940 | | | |
| 227 | Photo of truck w/ TPG on side and "333" at pickupUSAO_00003945 | | | |
| 228 | Cargo value USAO_00003943 | | | |
| 229 | Driver Check in Form USAO_0003850, 3859 | | | |
| 230 | Photo of recovered trailer with Tires. USAO_00004048 | | | |
| 231 | | | | |
| 232 | | | | |
| 233 | | | | |
| 234 | | | | |
| 235 | | | | |
| 236 | | | | |

| XVIII. OA 31 July 10, 2024- Long Beach - Tires | | | | |
|---|---|---|---|---|
| 237 | CDL of V. Singh USAO_00004187 | | | |
| 238 | Photos of TPG truck at Pickup USAO_00004185 | | | |
| 239 | Value of stolen Load breakdown USAO_01738788 | | | |
| 240 | Google Map – 2129 W Anaheim St, Long Beach, CA** | | | |
| 241 | Photo of Tractor with plate 8 USAO_0004186 | | | |
| 242 | Photo of tractor with number “333” on side USAO_0004184 | | | |
| 243 | Best Bay Logistics Bill of Lading, USAO_01738790 | | | |
| 244 | Signed BOL, USAO_01738795 | | | |
| 245 | Packing List, USAO_01738796 | | | |
| 246 | | | | |
| 247 | | | | |
| | | | | |
| | | | | |
| | | | | |
| XIX. OA 32 Jul 11, 2024 – Pico Rivera, CA Various Freight | | | | |

| | | | | |
|---|---|---|---|---|
| 248 | Photo of Bhangoo Trailer USAO_00004272 | | | |
| 249 | Photo of Side of TPG Tractor USAO_0004276 | | | |
| 250 | Photo of Front of TPG Tractor USAO_04278 | | | |
| 251 | Bill Of lading USAO_0004232 | | | |
| 252 | Still image of TPG Tractor w Singh in it coming in. USAO_00422993 | | | |
| 253 | Still Photo of V Singh at the yard on July 11 with sunglasses USAO_00422995 | | | |
| 254 | Photo of Arrest of V. Singh USAO_0042297 | | | |
| 255 | Photo of V. Singh USAO_00004310 | | | |
| 256 | Excerpt of Audio Interview of V Singh by LASD Detective Nemeth,** USAO_00004268 | | | |
| 257 | | | | |
| 258 | | | | |
| 259 | | | | |
| 260 | | | | |

| | | | | |
|---|---|---|---|---|
| 261 | | | | |
| **XX. OA 33- Arshpreet Singh Message** | | | | |
| 262 | Vikramjeet Message with Arshpreet Singh and image rate confirmation USAO_00422881 In chats subfolder | | | |
| 263 | Rate confirmation Sheet from D & L for Pacific Logistics Corp, Pico Rivera, CA, 8d5d07f9-238b-4406-a26b-c633060febac.jpg USAO_00422882 | | | |
| 264 | Rate confirmation Sheet from D & L d8c1493c-8f62-40df-9e14-8a4309f8a19b.jpg | | | |
| 265 | Photograph of Warehouse, e81af83a-5d1c-4646-9a14-e313e22c1b19 | | | |
| 266 | Photo of rate confirmation on Phone w “Grewal” name at top USAO422911 PXL_20241021_200648583.jpg | | | |
| 267 | Video of Phone displaying Grewal’s contact info and | | | |

| | | | | |
|---|---|---|---|---|
| | scrolling thru rate confirmation PXL_20241114_223056942.TS~2.mp4 USAO_0422911 & Still photo of Grewal Contact info: PXL_20241021_200917953.jpg | | | |
| 268 | Vikramjeet Apple ID settings page USAO_0422911 PXL_20241021_213238431.jpg | | | |
| 269 | Text messages coordinating drop off, USAO_0422911 PXL_20241114_215259659.jpg | | | |
| 270 | Translated version of Vikramjeet Messages, USAO_01738862 | | | |
| 271 | | | | |
| 272 | | | | |
| 273 | | | | |
| 274 | | | | |

| | | | | |
|---|---|---|---|---|
| 271 | | | | |
| **XXI. OA 37 – July 24, 2024 – JM Freight Service LLC, Chino, CA** | | | | |
| 275 | Photo of Stolen lights in trailer, USAO_00004368 | | | |
| 276 | Photo of trailer recovered with lights, USAO_00004370 | | | |
| 277 | Photo of lock number on trailer gate, USAO_00004369 | | | |
| 278 | Bill of Lading for lights USAO_00004374 | | | |
| 279 | Liability Insurance USAO_00004377 | | | |
| 280 | V Singh's CDL from pickup USAO_00004380 | | | |
| 281 | Packing List of trailer USAO_00004381 | | | |
| 282 | Still Photo of driver that took load USAO_00004384 | | | |
| 283 | | | | |
| 284 | | | | |
| 285 | | | | |
| 286 | | | | |
| 287 | | | | |
| OA 39 – Seaford Express, Ft. Worth Texas | | | | |

| | | | | |
|---|---|---|---|---|
| 288 | Bill of Lading Seaford express USAO_00004767 | | | |
| 289 | Photo of Vizio TV's loaded into truck USAO_00004771 | | | |
| 290 | Photo of Tractor at pickup USAO_00004774-4775 | | | |
| 291 | Photo of CDL of 'Sidhu Harman', USAO_00004778 | | | |
| 292 | Value Calculation of stolen Vizios USAO_00004724 | | | |
| 293 | | | | |
| 294 | | | | |
| 295 | | | | |
| 296 | | | | |
| 297 | | | | |
| **XXII. GSD Trucking** | | | | |
| 298 | Photograph of Arshpreet Singh ID, USAO_00417703 | | | |
| 299 | [intentionally left blank] | | | |
| 300 | Northland Insurance Correspondence with GSD Trucking, USAO_00417473 [Withdrawn] | | | |

| | | | | |
|---|---|---|---|---|
| 301 | Declaration of Gurpreet Dhaliwal from Insurance Matter**, USAO_00417486 | | | |
| 302 | GSD Correspondence and Emails, USAO_00417500 [Withdrawn] | | | |
| 303 | Email with Cargonet re Michael Rock ID, USAO_00417651 [Withdrawn] | | | |
| 304 | Text Message re Change of Ownership Document with Notary, USAO_00417661 | | | |
| 305 | Change of Ownership Document and A. Singh ID, USAO_00417664 [Withdrawn] | | | |
| 306 | USAO_00417673 - Text Messages with Broker Forest x9588, USAO_0000417673 | | | |
| 307 | Messages with Shipper re: Fraudulent Shipment, USAO_00417677 [Withdrawn] | | | |
| 308 | Messages with Broker x2261, USAO_00417684 [Withdrawn] | | | |

| | | | | |
|---|---|---|---|---|
| 309 | FBI Interview Summary with Gurpreet Dhaliwal,** USAO_01627334 | | | |
| 310 | | | | |
| 311 | | | | |
| 312 | | | | |
| 313 | | | | |
| 314 | | | | |
| **XXIII.** | **January 24, 2025 Skechers Shoes, Moreno Valley, GSD** | | | |
| 315 | Arshpreet Singh, Screenshot of Video, USAO_00047641 | | | |
| 316 | [intentionally left blank] | | | |
| 317 | GSD Change of Ownership Document, USAO_00047534 | | | |
| 318 | GSD Driver CDLs, USAO_00047531 | | | |
| 319 | Driver Logs, USAO_00047529 | | | |
| 320 | [intentionally left blank] | | | |
| 321 | [intentionally left blank] | | | |
| 322 | Skechers Principals Report,** USAO_00047600 [Withdrawn] | | | |

| | | | | |
|---|---|---|---|---|
| 323 | Surveillance Video, 19_20250124t164336_202501 24t164951.mp4, 0:00-6:14, USAO_00045110 | | | |
| 324 | Surveillance Video, 19_20250120t180751_202501 20t182327, 2:00-4:00, USAO_00045108 | | | |
| 325 | Screenshot of USAO_00045108 at 3:32 | | | |
| 326 | Surveillance Video, 12_20250124t211222_202501 24t211406, 00:00-1:43 | | | |
| 327 | Michael Rock License Photo, USAO_00047674 | | | |
| 328 | Picture2 LD# 0092816089.jpg, USAO_00047660 | | | |
| 329 | Picture4 LD# 0092816089, USAO_00047669 | | | |
| 330 | Bill of Lading and Load Value, USAO_00047586 | | | |
| 331 | Surveillance Video, 19_20250120t180751_202501 20t182327, 10:18-1050, USAO_00045108 | | | |

| | | | | |
|---|---|---|---|---|
| 332 | Google Maps Photo, 29800 Eucalyptus Ave, Moreno Valley CA** | | | |
| 333 | | | | |
| 334 | | | | |
| **XXIV. Colton, California, January 12, 2025** | | | | |
| 335 | GSD Placard in Maserati Trunk, USAO_00004863 | | | |
| 336 | Photos of License Plates and Cutter in Trunk, USAO_00004860 | | | |
| 337 | USAO_00004867 - Tennessee Plate on Ground | | | |
| 338 | Photo of Zip Ties in Trunk, USAO_00004862 | | | |
| 339 | Photo of Zip Ties on Ground, USAO_00004866 | | | |
| 340 | Photo of OK Trailer Plate NT 5379 on Ground, USAO_00004871 | | | |
| 341 | Photo of Empty Plate Holder, USAO_00004894 | | | |
| 342 | [intentionally left blank] | | | |
| 343 | Photo of Tools, USAO_00004912 | | | |

| | | | | |
|---|---|---|---|---|
| 344 | Photo of Car with Plate 8ADV531 | | | |
| 345 | | | | |
| 346 | | | | |
| 347 | | | | |
| | **XXV. Search of 8022 Sea Salt Avenue** | | | |
| 348 | [intentionally left blank] | | | |
| 349 | 8022 Sea Salt Avenue Sketch,** USAO_01627369 | | | |
| 350 | SS Bross Trucking Inc., USAO_00005008 | | | |
| 351 | Photo of DMV Stickers and License Plate, USAO_00005004 | | | |
| 352 | Photo of Mail to Vikramjeet Singh, IMG_2030, USAO_00005020 | | | |
| 353 | Vikramjeet Singh IDs, USAO_00005184 | | | |
| 354 | 8022 Sea Salt Fontana Water Bill Arshpreet Singh, USAO_00005191 | | | |
| 355 | Photograph of Wire Cutters, USAO_00005202 | | | |

| | | | | |
|---|---|---|---|---|
| 356 | Photograph of BMW 2022 Registration Card Registered to Rover Trucking Inc, USAO_00005217 | | | |
| 357 | [intentionally removed duplicate of Ex. 352] | | | |
| 358 | Arshpreet Singh CDL at 8022 Sea Salt, USAO_00005030 | | | |
| 359 | Photo of Arshpreet Singh Items in Bedroom, USAO_00005029 | | | |
| 360 | Photograph of Arshpreet Singh Tablet, USAO_00005040 | | | |
| 361 | Photograph of Arshpreet Singh Tablet with Cover Screen Mercedes Benz, USAO_00005043 | | | |
| 362 | Picture of Plate 4WF5089 in Room, USAO_00005353 | | | |
| 363 | Malwa Transport LLC 8022 Sea Salt, USAO_00005134 | | | |
| 364 | Rover Trucking Insufficient Funds Checks, USAO_00005149 | | | |
| 365 | Black Ledger Listing Freight Numbers, USAO_00005466 | | | |

| | | | | |
|---|---|---|---|---|
| 366 | Photo of Bikramjit Singh, Indian Passport Ending in 7674, USAO_00005077 | | | |
| 367 | Arshpreet Singh, Employment Authorization, USAO_00005101 | | | |
| 368 | 2023 Arshpreet Singh Tax Return Envelope, USAO_00005048 | | | |
| 369 | Harman Sidhu ID, signed by Randeep Omni, Found at 8022 Sea Salt, USAO_00005472 | | | |
| 370 | [Intentionally Left Blank] | | | |
| 371 | Randeep Omni ID, USAO_00003117 | | | |
| 372 | Exterior photo of 8022 Sea Salt ave., Fontana | | | |
| 373 | | | | |
| 374 | | | | |
| 375 | | | | |
| 376 | | | | |
| **XXVI. Interviews** | | | | |
| 377 | 209-400-4916 Interview Summary with Arshpreet | | | |

| | | | | |
|---|---|---|---|---|
| | Singh,** October 20, 2024, USAO_00416066 | | | |
| 378 | Recording of Interview with Arshpreet Singh, USAO_00416067 [2:15 – 3:00] | | | |
| 379 | Arshpreet Singh FBI Interview Summary,** October 9, 2025, San Bernardino, CA USAO_01737211 | | | |
| 380 | Arshpreet Singh, Interview Recording, USAO_01737214** | | | |
| 381 | Himmat Singh Interview** Summary, USAO_01737215 | | | |
| 382 | Himmat Singh Khalsa** Recording, USAO_01738533 | | | |
| 383 | Himmat Singh Khalsa** Recording Enhanced, USAO_01738534 | | | |
| 384 | Vikramjeet Interview Summary,** USAO_01737203 | | | |

| | | | | |
|---|---|---|---|---|
| 385 | Vikramjeet Interview Recording,** USAO_01738698, USAO_01738699 | | | |
| 386 | Google Map – 8022 Sea Salt Ave, Fontana, CA** | | | |
| 387 | | | | |
| 388 | | | | |
| 389 | | | | |
| 390 | | | | |
| 391 | | | | |
| **XXVII. Arshpreet Singh Tablet** | | | | |
| 392 | Report of Investigation re: Items Found on Arshpreet Singh Tablet, USAO_01626957 | | | |
| 393 | Screenshot of Arshpreet Singh Wells Fargo Account Found on Tablet, USAO_01626988 | | | |
| 394 | Arshpreet Singh Rover Trucking Inc. Certificate of Liability Insurance, Found on Tablet, USAO_01626989 | | | |
| 395 | Rover Trucking, AFDFDAFD-7797-407B-A695- | | | |

| | | | | |
|---|---|---|---|---|
| | B6E05643ED3B_4_5005_c.jpeg, USAO_01626990 | | | |
| 396 | Arshpreet Singh Selfie, LocalVideoKeyFrame.jpg, USAO_01626991 | | | |
| 397 | Cellebrite Photo Report, USAO_01626993 | | | |
| 398 | Call Log listing “Trailer Rent Not Good” as contact, USAO_01627017 | | | |
| 399 | Cellebrite User Account Report listing “ashugrewal777@gmail.com,” USAO_01627075 | | | |
| 400 | | | | |
| 401 | | | | |
| 402 | | | | |
| 403 | | | | |
| 404 | | | | |
| **XXVIII. Google Records** | | | | |
| 405 | Google Account Recovery Document, USAO_00394816 | Stip. | Stip. | |
| 406 | Google Certificate of Authenticity, USAO_00394849 - 53 | Stip. | Stip. | |

| | | | | |
|---|---|---|---|---|
| 407 | Google Gmail Server Response, USAO_01738740 | Stip. | Stip. | |
| 408 | | | | |
| 409 | | | | |
| | **XXIX. Miscellaneous Phone Records** | | | |
| 410 | Arshpreet Singh Verizon Phone Subscriber Information, Subscriber__MTN-2094004916-2094812650-many_2022-01-01_to_2024-06-18.784, USAO_00408984 | Stip. | Stip. | Stip. |
| 411 | Verizon Certification_of_Records_24381917, USAO_00408900 | Stip. | Stip. | |
| 412 | T Mobile Certificate of Records 5082530, 206-504-6558 5.27.2024 to 6.6.2024 Signed by Alec Bachman, USAO_00014925 | Stip. | Stip. | |
| 413 | T-Mobile Subscriber Information for Himmat Khalsa, 206-504-6558, SUB_Tibco_2065046558_15419363.xls, USAO_00014930 [converted] | Stip. | Stip. | |

| | | | | |
|---|---|---|---|---|
| 414 | T-Mobile Subscriber Information for Vikramjeet Singh, 206-458-2087, SUB_Tibco_2064582087_15744640.xls, USAO_00403883 | Stip. | Stip. | |
| 415 | T Mobile Certificate of Records 5165879, 1.01.2022 to 7.25.2024 Signed by Darius Simmons, Call Details and Subscriber Info for Vikramjeet Singh, USAO_000403876 | Stip. | Stip. | |
| 416 | T Mobile Certificate of Records, 5704664, 1.01.2022 to 7.25.2024 Signed by Oryanna Bowers, Calls Details and Subscriber Info USAO_00014882 | Stip. | Stip. | |
| 417 | AT&T Subscriber Information for Narayan Singh, 951-586-0000, ReportCT_4116449, USAO_00014060 | Stip. | Stip. | |
| 418 | AT&T Certificate of Records 4116449, USAO_01738278 | Stip. | Stip. | |
| 419 | AT&T Certificate of Records 4435525, USAO_01738277 | Stip. | Stip. | |

| | | | | |
|---|---|---|---|---|
| 420 | iPad Phone Report, USAO_01738641 | | | |
| 421 | iPad Exam Notes, USAO_01738645 | | | |
| 422 | iPhone 11 Pro Phone Report, USAO_01738655 | | | |
| 423 | iPhone 11 Pro Exam Notes, USAO_01738659 | | | |
| 424 | | | | |
| 425 | | | | |
| 426 | | | | |
| 427 | | | | |
| 428 | | | | |
| **XXX. Expert Materials** | | | | |
| 429 | N. Dingle Cast Analysis | | | |
| 430 | N. Dingle CV | | | |
| 431 | McCorkle CV | | | |
| 432 | Sabatino CV | | | |
| 433 | N. Dingle Disclosure | | | |
| 434 | | | | |
| 435 | | | | |

| | | | | |
|---|---|---|---|---|
| 436 | | | | |
| 437 | | | | |
| **XXXI. Zelle Records** | | | | |
| 438 | BMO Bank Record Excerpts- Arshpreet Singh to Navdeep Singh, USAO_00046741, 46744 | Stip. | Stip. | |
| 439 | BMO Bank Record Excerpts- Arshpreet Singh to Bikramjit Singh, USAO_00046741, 46744 | Stip. | Stip. | |
| 440 | BMO Bank Record Excerpts- Arshpreet Singh to Narayan Singh, SAO_00046754, 761, 764, 766, 768, 769, 770, 771, 772, 827, 842, 844, 847, 849, 850 | Stip. | Stip. | |
| 441 | BMO Bank Record Excerpts- Arshpreet Singh to Himmat Singh Khalsa, USAO_00046796 | Stip. | Stip. | |
| 442 | BMO Bank Record Excerpts- Arshpreet Singh to Vikramjeet Singh, USAO_00046825, 841 | Stip. | Stip. | |
| 443 | USAO_00046269 - Arshpreet BMO Login Records | Stip. | Stip. | |

| | | | | |
|---|---|---|---|---|
| 444 | | | | |
| 445 | | | | |
| 446 | | | | |
| 447 | | | | |
| 448 | | | | |
| **DOT Records** | | | | |
| 449 | Salem Express LLC Company Record DOT Motor Carrier Management Information System, USAO_00069203 | Stip. | Stip. | |
| 450 | Rover Trucking Inc. Company Record DOT Motor Carrier Management Information System, USAO_00069600 | Stip. | Stip. | |
| 451 | Malwa Transport LLC, Company Record DOT Motor Carrier Management Information System, USAO_00069969 | Stip. | Stip. | |
| 452 | Z&F Transportation LLC DOT Motor Carrier Management Information System, USAO_00069464 | Stip. | Stip. | |
| 453 | | | | |

| | | | | |
|---|---|---|---|---|
| 454 | | | | |
| 455 | | | | |
| 456 | | | | |
| 457 | | | | |
| 458 | | | | |
| **DMV and Other Certified Photographs** | | | | |
| 459 | Arshpreet Singh Certified DMV Photograph, USAO_01738700 | Stip. | Stip. | |
| 460 | Bikramjit Singh Certified DMV Photograph, USAO_01738781 | Stip. | Stip. | |
| 461 | Himmat Singh Khalsa Certified DMV Photograph, USAO_01738702 | Stip. | Stip. | |
| 462 | Narayan Singh, Certified DMV Photograph, USAO_01738703 | Stip. | Stip. | |
| 463 | Vikramjeet Singh, Certified Booking Photographs, USAO_01739191 | Stip. | Stip. | |
| **PANDADOCS** | | | | |
| 464 | PandaDocs Emails, USAO_01738771 | | | |
| 465 | | | | |

| | | | | |
|---|---|---|---|---|
| 466 | | | | |
| | **CA Secretary of State Documents** | | | |
| 467 | Malwa Transport LLC Statement of Information, USAO_01738777 | Stip. | Stip. | |
| 468 | Malwa Transport LLC Certification USAO_01738779 | Stip. | Stip. | |
| 469 | Rover Trucking LLC, Statement of Information, USAO_01738780 | Stip. | Stip. | |
| 470 | Rover Trucking LLC, Termination, USAO_01738782 | Stip. | Stip. | |
| 471 | Rover Trucking LLC, Certification, USAO_01738783 | Stip. | Stip. | |
| | **MISCELLANEOUS** | | | |
| 472 | Seaford Express Sales Agreement USAO_00014955, 14956 | | | |
| 473 | ID of Harry Sandhu for Sale of Seaford Express USAO_00014954 | | | |
| 474 | Screenshot of Phone Numbers for Recovery of Seaford Express Email Account Recovery USAO_00014933 | | | |
| 475 | | | | |

| | | | | |
|---|---|---|---|---|
| 476 | | | | |
| 477 | | | | |
| 478 | | | | |
| 479 | | | | |
| 480 | | | | |
| 481 | | | | |
| 482 | | | | |
| 483 | | | | |
| 484 | | | | |
| 485 | | | | |
| 486 | | | | |
| 487 | | | | |