FILED
CLERK, U.S. DISTRICT COURT
SEP 29 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARSHPREET SINGH,<br>Defendant. | No. 2:25-cr-804-AH-1<br><br>VERDICT FORM<br><br>***REDACTED AS TO FOREPERSON SIGNATURE*** |

**COUNT ONE**

We, the Jury in the above-captioned case, hereby unanimously find defendant ARSHPREET SINGH (check one):

_____ NOT GUILTY

X GUILTY

of Conspiracy to Commit Wire Fraud, Title 18, United States Code, Section 1349, as charged in Count One of the Indictment.

/s/

FOREPERSON OF THE JURY

DATED: 9/29/26, in Los Angeles, California.

**COUNT TWO**

We, the Jury in the above-captioned case, hereby unanimously find defendant ARSHPREET SINGH (check one):

_____ NOT GUILTY

X GUILTY

of Conspiracy to Commit Theft From Interstate or Foreign Shipments, Title 18, United States Code, Section 371, as charged in Count Two of the Indictment.

/s/

FOREPERSON OF THE JURY

DATED: 9/29/26, in Los Angeles, California.